Court, New York County, on May 8, 1951, resettling an order entered in said court on March 30, 1951, denying the motion of defendants Manhattan Mouton, Inc., Edwin H. Jaglom, Abraham Jaglom and Simon Jaglom to dismiss the complaint as to them, modified by granting the motion insofar as to dismiss the third cause of action against Manhattan Mouton, Inc., on the ground of release and, as so modified, affirmed, with $10 costs and disbursements to Manhattan Mouton, Inc., against respondent and with $10 costs and disbursements to respondent against the other appellants. Settle order on notice. [See *post,* p. 867.]

Doris HAKIM, Respondent, v. CLEMENT M. HAKIM, Appellant, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn, J., dissents and votes to affirm.

In the Matter of RAYMOND M. WILSON, Appellant. ALEXANDER B. SAFFIR et al., Respondents.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

HERMAN KUPPERSMITH et al., Copartners Doing Business as HERMAN KUPPERSMITH Co., Respondents, v. MINROID BLOUSE CO., INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ESSEX-STANTON CORP., Appellant, v. SHEAH LEHRER, Respondent.— In this case findings should be made by the trial court as to the investment, purchase price, terms and arrangements in the original purchase of the property by Ludlow Corporation and subsequent acquisition by the landlord, as to the relationship between the two corporations, the equity of the landlord if the corporate entities are assimilated, and allocation of the purchase price, liens and